# United States District Court
## Eastern District of Wisconsin

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

        Plaintiff,

    v.

**SCION DENTAL, INC.,**

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. **16-CV-1208**

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the parties' Consent Decree and Order (ECF No. 133) is **APPROVED.**

    **IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

    **IT IS FURTHER ORDERED** that this court shall retain jurisdiction over this action to enforce the terms of the Consent Decree and Order (ECF No. 133), which is in effect until December 12, 2020.

        Approved:    *s/ David E. Jones*
                            DAVID E. JONES
                            United States Magistrate Judge

Dated at Milwaukee, Wisconsin, this 17th day of July, 2018.

                                STEPHEN C. DRIES
                                Clerk of Court

                                *s/ K. Hubacz*
                                (By) Deputy Clerk